## Estate of Isaac Brownfield.    Appeals of Malinda Brown-field.

Argued May 8, 1899.   Appeals, Nos. 23 and 274, Jan. T.,
1898, by Malinda Brownfield, from decree of O. C. Fayette Co.,
Sept. T., 1895, No. 43, dismissing exceptions to auditor's re-

port. Before STERRETT, C. J., GREEN, McCOLLUM, MITCH-
ELL, DEAN and FELL, JJ. Appeal dismissed.

OPINION BY MR. JUSTICE MITCHELL, October 6, 1899:

For reasons given in the opinion filed herewith in W. W. &
I. H. Brownfield's Appeal, January term, No. 279, ante, p. 151,
these appeals are dismissed at the costs of the appellees.